IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

NICHOLAS R. MCATEE,

    Plaintiff,

v.

CHAPLAIN EWING, WILLWARD WEST,
GARY BOUGHTON, JON E. LITSCHER
and JAMES SCHWOCHERT,

    Defendants.

ORDER

Case No. 18-cv-858-wmc

Plaintiff Nicholas R. Mcatee filed a proposed civil complaint in the Eastern District of Wisconsin. Plaintiff seeks to commence this lawsuit without prepayment of the filing fee pursuant to 28 U.S.C. § 1915. Now that the case is currently pending in the Western District of Wisconsin, plaintiff's motion for leave to proceed without prepayment of the filing fee (dkt. #4) will be addressed by this court.

From the affidavit of indigency plaintiff has submitted, I find that plaintiff is unable to prepay the fees and costs of commencing this action or to give security therefor.

ORDER

IT IS ORDERED that:

1. Plaintiff Nicholas R. Mcatee's motion for leave to proceed without prepayment of fees, dkt. 4, is GRANTED.

2. No further action will be taken in this case until the court has screened the complaint pursuant to 28 U.S.C. § 1915 to determine whether the case must be dismissed because the complaint is frivolous or malicious, fails to state a claim on which relief may be granted or seeks monetary relief against a defendant who is immune from such relief. Once the screening process is complete, a separate order will issue.

Entered this 19th day of October, 2018.

BY THE COURT:

/s/

PETER OPPENEER
Magistrate Judge