IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

NICHOLAS R. McATEE,

    Plaintiff,

    v.

Case No.  18-cv-858-wmc

CHAPLAIN EWING, WILLARD WEST,
GARY BOUGHTON, JON E. LITSCHER,
and JAMES SCHWOCHERT,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 8/30/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |